NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1437
(Serial No. 09/488,863)


IN RE PAUL L. HICKMAN and JAMES J. GOUGH


Glenn E. Von Tersch, Technology & Intellectual Property Strategies Group PC, of Palo Alto, California, argued for appellants.

Nathan K. Kelley, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Shannon M. Hansen, Associate Solicitor.

Appealed from:     United States Patent and Trademark Office
                   Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1437
(Serial No. 09/488,863)

IN RE PAUL L. HICKMAN and JAMES J. GOUGH

# Judgment

ON APPEAL from the      United States Patent and Trademark Office
                        Board of Patent Appeals and Interferences

in CASE NO(S).          09/488,863

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, PLAGER, and BRYSON, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED April 3, 2009          /s/ Jan Horbaly
                             Jan Horbaly, Clerk